# Court of Criminal Appeals of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

Willie Ockletree

v.

St. of Texas

granted to
12/19/16
PC
02-29-15-
COA No. 03-14-00046CR
PD-1201-15

FILED IN
COURT OF CRIMINAL APPEALS

Abel Acosta, Clerk

## 2ⁿᵈ Motion For Extension of Time

To the Honorable Court I come asking that this Motion be granted for extension of Time for 30 days. I previously asked for 60 days but after careful analyza$ion only 30 days is required in order to file my P.D.R.

I pray and appreciate your service May the Court grant me this Motion that is sworn upon the Court, GOO Bless!

Willie Ockletree #1906981
2101 Fm 369 N.
Iowa Park, TX
76367

(12-18-15)